This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-37743**

**STATE OF NEW MEXICO,**

      Plaintiff-Appellee,

v.

**BRETT CLINTON COMBS,**

      Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Daylene A. Marsh, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
John Kloss, Assistant Attorney General
Albuquerque, NM

for Appellee

Brett Combs
Florence, CO

Pro Se Appellant

### MEMORANDUM OPINION

**VANZI, Judge.**

**{1}** Defendant appeals from the district court's dismissal of his appeal from two magistrate court cases. This Court proposed to reverse in our second notice of proposed disposition. In response, Defendant filed a memorandum in support, and the State filed a notice that it did not intend to oppose this Court's second calendar notice, stating that it concurs with this Court's proposed reversal. Accordingly, for the reasons stated in our second notice of proposed disposition, we reverse.

**{2}** IT IS SO ORDERED.

LINDA M. VANZI, Judge

WE CONCUR:

BRIANA H. ZAMORA, Judge

ZACHARY A. IVES, Judge